# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas C. Buzzard
Mike DiGiulio
Leah M. Seliger

MEMO ENDORSED

32 Broadway, Suite 601
New York, NY 10004
Phone (212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

November 15, 2022

**VIA ECF**

Hon. Kenneth M. Karas
U.S. District Court for the Southern District of New York
300 Quarropas St.
White Plains, NY 10601

Re: *Halpin v. Royal Carting of Dutchess Cnty, Inc.*, No.: 21-cv-9081 (KMK) (JCM)

Dear Judge Karas:

We represent Plaintiff Donna Halpin in the above-captioned action. We write jointly with Defendants to inform the Court that with the assistance of Magistrate Judge McCarthy, the parties have reached a settlement in principle in this matter. As a result, the parties respectfully request that the teleconference on Defendants' anticipated motion for summary judgment, scheduled for November 16, 2022 at 11:30 a.m., be cancelled.

We thank you for your consideration of this matter.

Respectfully submitted,

/s/Lucas C. Buzzard
Lucas C. Buzzard

Granted.

So Ordered.

*[signature]*

11/15/22